UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> POLAR ELECTRO, INC., <br><br> Defendant. | Case No.: 3:12-CV-02234-EDL <br> (Related to 3:11-CV-04049-EDL (Lead Case) <br> and 3:12-CV-02235-EDL) <br><br> **ORDER** |

After reviewing the stipulation filed by all parties and upon good cause, the Court orders that the briefing and hearing schedule for dispositive motions for the first phase of this case be enlarged by two weeks as follows: 1) Motion for Summary Judgment shall be served and filed no later than January 29, 2013; 2) the opposition brief to the Motion for Summary Judgment shall be due no later than February 12, 2013; 3) the reply brief to the Motion for Summary Judgment shall be due no later than February 19, 2013; and, 4) the last day for hearing the Motion for Summary Judgment shall be March 12, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 8, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge

-1-

ORDER                                                                    Case No.: 3:12-cv-02234-EDL