1  FREAR STEPHEN SCHMID, CSB NO. 96089
   frearschmid@aol.com
2  ATTORNEY AT LAW
   177 POST STREET, SUITE 890
3  SAN FRANCISCO, CA  94108
   TELEPHONE:  (415) 788-5957
4  FACSIMILE:  (415) 788-5958

5  Attorney for Plaintiff
   AVOCET SPORTS TECHNOLOGY, INC.
6
   MATTHEW VAFIDIS, CSB NO. 103578
7  Matthew.Vafidis@hklaw.com
   ADANNA LOVE, CSB NO. 280538
8  Adanna.Love@hklaw.com
   HOLLAND & KNIGHT LLP
9  50 CALIFORNIA STREET, 28th FLOOR
   SAN FRANCISCO, CA  94111
10 TELEPHONE: 415-743-6955
   FACSIMILE: 415-743-6910
11
   JOHN P. MORAN
12 (john.moran@hklaw.com)
   HOLLAND & KNIGHT, LLP
13 500 17th STREET, N.W., SUITE 1100
   WASHINGTON, D.C. 20006
14 TELEPHONE:  202-955-3000
   FACSIMILE: 202-955-5564
15
   Attorneys for Defendant POLAR ELECTRO, INC.
16

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA
                            SAN FRANCISCO DIVISION
19

20 AVOCET SPORTS TECHNOLOGY,              No. 3:12-cv-02234-EDL
   INC.,
21                                        **JOINT STATEMENT RE: REMAINING
              Plaintiff,                  ISSUES IN CASE**
22
   v.
23
   POLAR ELECTRO, INC.,
24
              Defendant.
25 _____/

26

27

28        Per the court's order of April 16, 2013, in view of the order granting summary

---
1
JOINT STATEMENT RE: REMAINING ISSUES IN CASE

judgment, there are no issues left for trial in this case.

DATED: April 17, 2013				Respectfully submitted,

 /s/ *Frear Stephen Schmid*
Frear Stephen Schmid, Attorney for Plaintiff AVOCET SPORTS TECHNOLOGY, INC.

DATED: April 17, 2013				HOLLAND & KNIGHT, LLP

 /s/ *John P. Moran*
John P. Moran, Attorneys for Defendant POLAR ELECTRO, INC.

JOINT STATEMENT RE: REMAINING ISSUES IN CASE