IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY INC, | No. C -12-02234 EDL |
| Plaintiff, | **JUDGMENT** |
| v. | |
| POLAR ELECTRO INC, | |
| Defendant. | |

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of April 16, 2013, Defendant's Motion for Summary Judgment is GRANTED.

IT IS SO ORDERED.

Dated: April 18, 2013

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge